IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NATIONAL SPECIALTY INSURANCE COMPANY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2791-L-BW** |
| | § | |
| **HOPE TRANS, LLC, *et al.*,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On July 6, 0226, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 91) was entered, recommending that the court grant the Motions to Stay (Docs. 80, 81) filed in this action; stay the action; and enjoin the Interpleader Defendants from instituting or prosecuting any action against Plaintiff with respect to the insurance policy at issue in this interpleader action. No objections to the Report were filed, and the 14-day deadline for filing objections has expired.

Having considered the Motions, briefs, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** the Motions to Stay (Docs. 80, 81); **stays** the proceedings in this action pending resolution of the related actions brought by the Interpleader Defendants to determine liability and damages arising out of the Kaufman County vehicle accident at issue in this case; and **enjoins** all Interpleader Defendants from initiating or prosecuting any action against Plaintiff pertaining to the insurance policy at issue in this interpleader action.

To prevent this action from continuing to age prematurely, the court also **administratively closes** this case pending resolution of the related state actions brought by Interpleader Defendants.

Accordingly, the United States District Clerk **shall** submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 27th day of August, 2026.

Sam A. Lindsay
United States District Judge